UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SPARK INSPIRATION LABORATORY, LLC.,**  *Plaintiffs*,  v.  **UNITEDHEALTHCARE INSURANCE COMPANY,**  *Defendants*. | Civil Action No. 23-2890(MCA)  ORDER |

**THIS MATTER** comes before the Court by way of Plaintiffs motion to remand, ECF No. 14;

and it appearing that Judge Almonte issued a Report and Recommendation dated May 17, 2024, in which Judge Almonte recommended that this Court deny Plaintiff's motion to remand, ECF No. 30; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Almonte's Report and Recommendation;

**IT IS** on this 23rd day of July, 2024,

**ORDERED** that Judge Almonte's Report and Recommendation dated May 17, 2024 is **ADOPTED** and Plaintiff's motion is **DENIED**.

*s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**United States District Judge**